NEW YORK STATE THRUWAY AUTHORITY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 43807.) — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.